Union Real Estate Company of Pittsburgh,
Appellant, *v.* The Robert Morris School, Inc.

Argued March 16, 1965. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

reargument refused May 21, 1965.

*David R. Levin,* for appellant.

*James C. Larrimer,* with him *Dougherty, Larrimer
& Lee,* for appellee.

OPINION PER CURIAM, April 20, 1965:
Decree affirmed. Costs to be borne by appellant.
Mr. Justice COHEN dissents.

Commonwealth ex rel. Winters, Appellant, *v.*
Maroney.